IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID C. CLARKE,  :
 :
    Plaintiff,  :
 :
v.  :  CIVIL ACTION 09-0685-M
 :
MICHAEL J. ASTRUE,  :
Commissioner of  :
Social Security,  :
 :
    Defendant.  :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff David C. Clarke.

DONE this 21st day of May, 2010.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE